**GS2LAW**

Robert Garson
20801 Biscayne Blvd., Suite 506
Aventura, FL 33180
E: rg@gs2law.com
P: +1.3057805212

January 14, 2026

**BY ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**JAN 1 5 2026**

SO ORDERED

The conference scheduled for January 21, 2026 is
adjourned to February 4, 2026 at 10:00 a.m.

*George B. Daniels*

GEORGE B. DANIELS

**Re:    Taibbi v. Higgins et al. Case No. 1:25-cv-09511-GBD**
**Request for Adjournment of Initial Conference**

Dear Judge Daniels,

Counsel for Plaintiff respectfully writes to request an adjournment of the Initial Conference currently scheduled for January 21, 2026 at 9:45 a.m. in Courtroom 11A.

This request is made in accordance with the Court's Individual Rules and Practices. In particular:

1.  Original date of the appearance: January 21, 2026 at 9:45 a.m.
2.  Number of prior requests for adjournment or extension: None.
3.  Disposition of prior requests: Not applicable.
4.  Consent of opposing counsel: Defendants' counsel consents to this request.

The requested adjournment is necessitated by an unexpected international professional obligation requiring Plaintiff's counsel to be in the Democratic Republic of Congo on short notice during the week of the currently scheduled conference. Given the importance of counsel's availability for the Initial Conference, an adjournment is respectfully sought.

The parties have conferred and are jointly available on the following alternative dates, at the Court's convenience - February 3–5, 2026, or February 10–12, 2026.

This is the parties' first request for an adjournment, is made in good faith, and will not prejudice any party or disrupt the orderly progress of the case.

We thank the Court for its consideration of this request.

Respectfully submitted,

Robert Garson
cc: All Counsel of Record

New York                            Miami                            London