UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATT TAIBBI,

                Plaintiff,

v.

EOIN HIGGINS and BOLD TYPE BOOKS, a division of HACHETTE BOOK GROUP, INC.,

                Defendants.

Case No. 1:25-cv-09511-GBD

---

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1.1 of this Court's Local Rules, Defendant Hachette Book Group, Inc. ("Hachette") hereby states that it is a non-governmental corporate entity and that:

Bold Type Books is an imprint of the Basic Books Group, a division of Hachette Book Group, Inc. Hachette is a wholly-owned subsidiary of Hachette Livre USA, Inc. Hachette Livre USA is a wholly-owned subsidiary of Lagardère North America Inc. Lagardère North America Inc. is a wholly-owned subsidiary of Lagardère Media. Lagardère Media is a wholly-owned subsidiary of Lagardère SA. Lagardère SA is a wholly-owned subsidiary of Louis Hachette Group.

As of December 16, 2024, Louis Hachette Group is traded on the Paris stock exchange. More than 10% of Louis Hachette Group's outstanding stock is owned by Bolloré SE, which is traded on the Paris stock exchange.

Hachette is a citizen of New York. Eoin Higgins is a citizen of Maine.

Dated:  January 20, 2026          **DAVIS WRIGHT TREMAINE LLP**

/s/ Elizabeth A. McNamara

Elizabeth A. McNamara
1251 Avenue of the Americas,
42nd Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com

*Attorneys for Defendants*