UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATT TAIBBI,<br><br>                                    Plaintiff,<br><br>     v.<br><br>EOIN HIGGINS and BOLD TYPE BOOKS, a division of HACHETTE BOOK GROUP, INC.,<br><br>                                 Defendants. | Case No. 1:25-cv-09511-GBD<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Elizabeth A. McNamara dated January 20, 2026 and attached exhibits, and all prior pleadings herein, Defendants Eoin Higgins and Bold Type Books, an imprint of Basic Books Group, a division of Hachette Book Group, Inc. (collectively, "Defendants"), by and through their undersigned counsel, will move this Court before the Honorable George B. Daniels at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, for an order dismissing Plaintiff Matt Taibbi's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  January 20, 2026

                                                            **DAVIS WRIGHT TREMAINE LLP**

                                                            */s/ Elizabeth A. McNamara*
                                                            Elizabeth A. McNamara
                                                           Leena Charlton
                                                           1251 Avenue of the Americas, 42nd Floor
                                                           New York, NY 10020
                                                           Phone: (212) 489-8230
                                                           Email: lizmcnamara@dwt.com
                                                                            leenacharlton@dwt.com
                                                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I caused copies of the foregoing to be sent to counsel of record via electronic mail, which was stipulated by the parties to be sufficient service.

*/s/ Elizabeth A. McNamara*
Attorney
