UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATT TAIBBI,

                      Plaintiff,

      v.

EOIN HIGGINS and BOLD TYPE BOOKS, a division of HACHETTE BOOK GROUP, INC.,

                     Defendants.

Case No. 1:25-cv-09511-GBD

---

**DECLARATION OF ELIZABETH A. MCNAMARA
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, Elizabeth A. McNamara, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury the following to be true and correct:

I am a partner at the law firm of Davis Wright Tremaine LLP, attorneys for Defendants Eoin Higgins and Bold Type Books, an imprint of Basic Books Group, a division of Hachette Book Group, Inc. (collectively, "Defendants"), and I submit this declaration in support of Defendants' motion to dismiss the Complaint in the above-captioned action. This declaration is based on my personal knowledge, except as otherwise indicated.

    1.    Annexed hereto as **Exhibit A** is a true and correct copy of the hardcover edition of *Owned: How Tech Billionaires on the Right Bought the Loudest Voices on the Left* by Eoin Higgins. The exhibit is filed pursuant to the Unopposed Letter Motion for Leave to File Exhibits in Paper Formats.

Dated: January 20, 2026
       New York, New York

*/s/Elizabeth A. McNamara*
Elizabeth A. McNamara

1