

**Davis Wright Tremaine LLP**

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax

lizmcnamara@dwt.com

January 20, 2026

**SO ORDERED:**

_George B. Daniels_
George B. Daniels, U.S.D.J.

Dated: **JAN 2 1 2026**

**VIA ECF AND FEDEX**
Hon. George B. Daniels
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007
(212) 805-6735

Re:   *Matt Taibbi v. Eoin Higgins, et al.,* No. 1:25-cv-09511-GBD – Unopposed Letter Motion for Leave to Submit Exhibits in Hard Copy Formats

Dear Judge Daniels:

     We represent Defendants Eoin Higgins and Bold Type Books, an imprint of Basic Book Groups, a division of Hachette Book Group, Inc. (collectively, "Defendants"). In this defamation action, Plaintiff Matt Taibbi challenges several statements made in Defendants' book, *Owned: How Tech Billionaires on the Right Bought the Loudest Voices on the Left* (the "Book"). Accordingly, Defendants intend to file copies of the Book as exhibits to their Rule 12(b)(6) Motion to Dismiss, as is customary in actions where the complaint alleges that a specific publication caused actionable harm.

     Pursuant to Local Rule 5.2, "Counsel must serve and file papers by following the instructions regarding ECF… unless exempted from electronic filing by court order." Thus, pursuant to Individual Rule I(D), Defendants submit this letter motion to respectfully request leave to submit the Book directly to Chambers in the formats described below, or any other practicable medium suggested by the Court, as there is good cause to do so.

     Defendants intend to provide the full text of the Book to the Court because the alleged defamatory statements must be reviewed in their full context. *See, e.g., Gross v. New York Times Co.,* 82 N.Y.2d 146, 152-53 (1993). However, Defendants' book is a copyrighted work that has been available for purchase for less than a year. While it is technically possible for Defendants to file a large, text version of the Book on the electronic filing system, Defendants submit that doing so would require the posting of the entire Book without encryption or other security measures on a publicly available website, which would threaten the value of Defendants' intellectual property.

     Submitting hard copies alleviates any piracy concerns, while still providing the Court and relevant parties access to the entirety of the Book, rather than only select excerpts. Additionally, for ease of reference during the Court's review of the motion, Defendants will provide a searchable PDF of the published Book on a compact disc.

Hon. Daniels
January 20, 2026
Page 2

Thus, Defendants respectfully seek leave to submit hard copy and compact disc versions of the Book directly to Chambers via personal delivery or Federal Express. We will also provide copies of the above-described exhibits to counsel for Plaintiff Matt Taibbi. Please let us know if Your Honor would prefer copies of any Exhibits in different formats than the ones provided.

On January 19, 2026, pursuant to Your Individual Rules, counsel for Defendants contacted Plaintiff's counsel to inform him of their intent to file a letter motion seeking leave to file copies of the Book in hard copy and compact disc form. On that same day, Plaintiff's counsel responded that he would not oppose this motion.

Thank you for your attention to this matter. We would be happy to address any questions you have.

Respectfully submitted,

Elizabeth A. McNamara

Enclos.

cc:   Robert D. Garson, Esq.