UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MATT TAIBBI

                        Plaintiff,

    -against-                              ORDER

EOIN HIGGINS and BOLD TYPE BOOKS, *a division*    25 Civ. 9511 (GBD)
*of Hachette Book Group, Inc.*

                        Defendants.
------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Oral argument on Defendants' motion to dismiss, (ECF No. 15,) is hereby scheduled for February 19, 2026, at 10:15 a.m. in Courtroom 11A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly, the initial appearance currently scheduled for February 4, 2026, is adjourned to February 19, 2026, at 10:15 a.m.

Dated: New York, New York
       January 29, 2026

                                         SO ORDERED.

                                         *George B. Daniels*
                                         GEORGE B. DANIELS
                                         United States District Judge