

Robert Garson
20801 Biscayne Blvd., Suite 506
Aventura, FL 33180
E: rg@gs2law.com
P: +1.3057805212

February 6, 2026

**BY ECF**
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** Taibbi v. Higgins et al. Case No. 1:25-cv-09511-GBD

Dear Judge Daniels,

We are counsel for Plaintiff Matt Taibbi in the above-captioned matter and write respectfully to bring several matters to the Court's attention.

First, on February 3, 2026, Plaintiff filed an Amended Complaint in this action [ECF 22]. In light of this amended pleading, the scheduling of oral argument on Defendants' motion to dismiss currently scheduled for February 19, 2026, at 10:15 a.m. should be revisited to allow the parties to address the operative complaint.

Second, as the Court is aware, the initial conference was adjourned from February 4, 2026, to February 19, 2026, to coincide with the oral argument date. We respectfully request that the Court schedule an initial conference to address the procedural posture of this case following the filing of the Amended Complaint.

Third, Plaintiff's counsel is primarily based in Florida. Accordingly, we respectfully inquire whether the Court would permit Plaintiff's counsel to appear at the initial conference by remote means, such as telephone or videoconference, in lieu of in-person attendance. We are, of course, prepared to appear in person if the Court requires.

We appreciate the Court's consideration of these matters and remain available to address any questions or concerns the Court may have.

Respectfully submitted,

Robert Garson
cc: All Counsel of Record