UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MATT TAIBBI

                        Plaintiff,

    -against-

EOIN HIGGINS and BOLD TYPE BOOKS, *a division of Hachette Book Group, Inc.*,

                      Defendants.

------------------------------------x

ORDER

25 Civ. 9511 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of Plaintiff filing an amended complaint, (ECF No. 22,) in response to Defendants' motion to dismiss, (ECF No. 15,) the oral argument scheduled for February 19, 2026, at 10:15 a.m. is cancelled.

An initial conference is scheduled for February 19, 2026, at 10:15 a.m., which Plaintiff's counsel, who is primarily based in Florida, may attend by telephone.

Dated: New York, New York
       February 12, 2026

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge