**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MATT TAIBBI,

                          Plaintiff,

       v.

EOIN HIGGINS and BOLD TYPE BOOKS, a
division of HACHETTE BOOK GROUP, INC.,

                        Defendants.

Case No. 1:25-cv-09511-GBD

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Elizabeth A. McNamara dated February 17, 2026 and attached exhibits, and all prior pleadings herein, Defendants Eoin Higgins and Bold Type Books, an imprint of Basic Books Group, a division of Hachette Book Group, Inc. (collectively, "Defendants"), by and through their undersigned counsel, will move this Court before the Honorable George B. Daniels at the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York, for an order dismissing Plaintiff Matt Taibbi's Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  February 17, 2026

**DAVIS WRIGHT TREMAINE LLP**

*/s/ Elizabeth A. McNamara*
Elizabeth A. McNamara
Leena Charlton
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
        leenacharlton@dwt.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I caused copies of the foregoing to be sent to

counsel of record via electronic mail, which was stipulated by the parties to be sufficient service.

*/s/ Elizabeth A. McNamara*
Attorney