UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATT TAIBBI,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>HACHETTE BOOK GROUP, INC. et al.,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-09511-GBD<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**PLEASE TAKE NOTICE** that the firm Davis Wright Tremaine LLP has moved to a new address. The new location is:

Davis Wright Tremaine LLP
1251 Avenue of the Americas
42nd Floor
New York, NY 10020

**PLEASE TAKE FURTHER NOTICE**, that phone and fax numbers, as well as email addresses, will remain the same.

Dated:  February 23, 2026　　　　　　　　　　　　Yours,

　　　　　　　　　　　　　　　　　　　　　　　　Davis Wright Tremaine LLP

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/Elizabeth A. McNamara
　　　　　　　　　　　　　　　　　　　　　　　　1251 Avenue of Americas
　　　　　　　　　　　　　　　　　　　　　　　　42nd Floor
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 489-8230