**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 MATT TAIBBI,

                                    Plaintiff,

            -against-                                                25 **CIVIL** 9511 (GBD)

                                                                    **JUDGMENT**

EOIN HIGGINS and BOLD TYPE BOOKS,
adivision of Hachette Book Group, Inc.,

                                    Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated May 5, 2026, Defendants' motion

to dismiss, (ECF No. 25), is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        May 6, 2026

                                                    **TAMMI M. HELLWIG**
                                            _____
                                                    **Clerk of Court**


                        **BY:**
                                            _____
                                                    **Deputy Clerk**