**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MATT TAIBBI,

                                        Plaintiff,

            v.

EOIN HIGGINS and BOLD TYPE BOOKS, a
division of HACHETTE BOOK GROUP, INC.,

                                        Defendants.

---

Case No. 1:25-cv-09511-GBD

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Elizabeth A. McNamara dated May 20, 2026 and attached exhibits, Defendants Eoin Higgins and Bold Type Books, an imprint of Basic Books Group, a division of Hachette Book Group, Inc. (collectively, "Defendants"), by and through their undersigned counsel, will move this Court, before the Honorable George B. Daniels, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and time as the Court sets, for an order for reasonable attorney's fees pursuant to the fee-shifting provision in the New York anti-SLAPP law (N.Y. Civ. Rights Law § 70-a(1)(a)), and Federal Rules of Civil Procedure Rule 54(d)(2), and for such other and further relied as the Court shall deem just and proper.

Pursuant to Local Civil Rule 6.1(b), Plaintiff's opposition must be filed within fourteen days, and any reply must be served within seven days of receipt of opposition papers.

Dated:  May 20, 2026                    **DAVIS WRIGHT TREMAINE LLP**

                                        */s/ Elizabeth A. McNamara*

Elizabeth A. McNamara
Leena M. Charlton
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com
        leenacharlton@dwt.com

*Attorneys for Defendants Eoin Higgins*
*and Hachette Book Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I caused copies of the foregoing to be sent to counsel of record via ECF.

*/s/ Elizabeth A. McNamara*
Attorney