# EXHIBIT A



Davis Wright
Tremaine LLP

# Elizabeth A. McNamara | PARTNER

**New York**
**T** 212.603.6437
**F** 212.489.8340

**E** lizmcnamara@dwt.com

**Education**

J.D., University of North Carolina
School of Law, 1981
Order of the Coif

Law Review

B.A., University of Wisconsin,
1975
Phi Beta Kappa

**Admitted to Practice**

New York, 1982

U.S. Supreme Court, 1998

U.S. Court of Appeals, D.C.
Circuit, 2024

U.S. Court of Appeals, 1st Circuit,
2010

U.S. Court of Appeals, 2nd Circuit,
1996

U.S. Court of Appeals, 3rd Circuit,
2008

U.S. Court of Appeals, 4th Circuit,
2017

U.S. Court of Appeals, 7th Circuit,
2014

U.S. Court of Appeals, 9th Circuit,
2000

U.S. Court of Appeals, 11th Circuit,
2019

U.S. District Court, Southern
District of New York, 1983

U.S. District Court, Eastern District
of New York, 1983

U.S. District Court, Eastern District
of Michigan, 2004

U.S. District Court, Western
District of New York, 2015

## Experience

Elizabeth McNamara specializes in complex media, intellectual property, and internet law. With extensive trial and appellate litigation experience across the country, Liz regularly represents clients in high-profile, cutting-edge litigations involving challenges to content and technology. Liz represents a broad spectrum of media and publishing entities, and she has handled many of the leading cases involving prior restraint, defamation, the intersection of commercial and editorial/entertainment litigation, and developing IP issues.

Liz has represented Associated Press, CBS, CNN, Condé Nast, Financial Times, Hachette Book Group, Insider, Macmillan, Microsoft, NBC, Penguin Random House, Rolling Stone, Sesame Workshop, Showtime, Simon & Schuster, TikTok, Time Inc., and Wenner Media.



### Trump v New York Times, Penguin Random House, et al.

Representing PRH and the NYT reporters in connection with defamation claims arising out of their book Lucky Loser and an excerpt that appeared in the NYT. Action initially dismissed but Amended Complaint filed. Motions to dismiss the Amended Complaint for failure to state a claim and for improper venue (or transfer) pending. (M.D. FL 2025)

---

### Taibbi v Higgins, Hachette Book Group

Representing defendants in connection with defamation claims arising out of the book, "Owned: How Tech Billionaires on the Right Bought the Loudest Voices on the Left." Motion to dismiss granted on opinion grounds and fees application pending. (SDNY 2025)

---

### Combs v Nexstar, et al.

Defending Nexstar and its hosts in connection with defamation claims arising out of commentary on Mr. Combs criminal proceedings and related allegations. (SDNY 2025)

---

### Nunes v. NBCU

Defamation action against NBCU and Rachel Maddow arising out of reporting on Rep. Nunes' receipt of information from a Russian agent. Claims dismissed in part. Summary judgment motion pending. (SDNY 2025)

---

### Amin v. NBCU

Defamation action against NBCU, arising out of Rachel Maddow, Chris Hayes and Nicolle Wallace reporting on a whistleblower complaint concerning unnecessary or unconsented to medical treatments on detained immigrant women in Georgia. Claims dismissed in part. Resolved. (SDGA 2024)

---

### Donner v Der Spiegel

Successfully obtained dismissal of defamation action brought by Rebecca Donner arising out of *Der Spiegel*'s review of Ms. Donner's book *All the Frequent Troubles of our Days: The True Story of the American Woman at the Heart of the German Resistance to Hitler.* The court dismissed the action for lack of personal jurisdiction over *Der Spiegel.* Action on appeal to Second Circuit. (SDNY/2nd Circuit 2024)

---

### Hachette, Penguin Random House, Harper Collins, and Wiley v. Internet Archive

Obtained permanent injunction and summary judgment, with the Second Circuit affirming the ruling that the Internet Archive's "Controlled Digital Lending"—digitizing copies of books—was copyright infringement. The Court rejected the Internet Archive's fair use defense, finding that the digitization was not transformative and usurped the publishers' market for ebooks. (2d Circuit 2024)

---

### Richey v Showtime Networks Inc.

Defending Showtime in connection with unjust enrichment and interference with contract claims brought by Sheila Richey arising out of Showtime's "George & Tammy" docudrama. The action was dismissed but a Second Amended Complaint was filed. (D.DE 2024)

---

### Trump v. CBS Broadcasting, Paramount Global, et al.

Representing defendants in a Lanham Act and consumer fraud action brought by President Trump and Ronny Jackson (in their individual capacities) arising out of 60 Minutes' interview of then Vice-President Harris before the election. The plaintiffs allege that 60 Minutes' editing of the interview amounted to election interference and caused confusion. Defendants motions to dismiss the action (or have it transferred) are pending. (NDTX 2024)

---



### Portnoy v. Insider

Defamation action against Insider arising out of articles reporting on Plaintiff David Portnoy's "rough sex" with young women and filming the encounters. All claims dismissed and Portnoy withdrew appeal to First Circuit. (EDMA 2023)

### Nunes v. CNN

Defamation action against CNN and Jake Tapper arising out of segment concerning offensive comments concerning brutal attack on Paul Pelosi. Action dismissed on venue and jurisdiction grounds and Nunes withdrew appeal to 11th Circuit. (MD FL 2023)

### Trump v Simon & Schuster, Bob Woodward, et al.

Representing defendants in a $50M copyright (and related claims) action arising out of the audiobook publication of *The Trump Tapes* which were the recorded interviews that Woodward conducted with President Trump during his first term for Woodward's book "Rage." President Trump claims that he owns the copyright in such interviews. Defendants motion to transfer the action was granted and the action was transferred from the Northern District of Florida to the Southern District of New York. Defendants' motion to dismiss the action is pending.  (SDNY 2023)

### Champion v. Conde Nast

Lanham Act and right of publicity action brought on behalf of multiple models claiming that Vogue improperly linked their images to commercial promotions. Lanham Act claims dismissed. (SDNY 2022)

### Mitchell v. Big Fish Entertainment

Successfully defended Big Fish Entertainment in a negligence/gross negligence action arising from an episode of the television program Live PD depicting the plaintiff's arrest. The court dismissed all claims against Big Fish and agreed that the complaint failed to identify any legal duty that Big Fish owed to the plaintiff. Secured dismissal of the plaintiff's original and amended complaint. Mitchell v. Big Fish Ent., LLC, 2022 WL 16841596 (W.D. Tex. Nov. 8, 2022)

### Cayuga Nation et al. v. Showtime Networks, Inc., et al.

Successfully defended Showtime and three members of the "Billions" creative team against defamation and misappropriation of likeness claims brought by the Cayuga Nation, a Native American tribe, and Clint Halftown, a member of the Cayuga Nation's governing tribal council. The claims arise out of a "Billions" episode featuring a fictional female character identified as a leader of the Cayuga Nation. Appeal of the dismissal now before the First Department. (N.Y. App. Ct. 2021)

### Standing v. ByteDance Inc.

Defended ByteDance Inc., owner of TikTok, in a copyright, Lanham Act, and right-of-publicity case brought by voice actor who alleged that TikTok's text-to-speech function used recordings of her voice. Case settled. (S.D.N.Y. 2021)

### Arpaio v. Robillard et al.

Successfully defended Rolling Stone and its reporter in second libel claim by former Maricopa County Sheriff Joseph Arpaio over report that referred to his criminal contempt conviction as a "felony." Court granted motion to dismiss based on res judicata. (D.D.C. 2020)

### Berisha v. Lawson et al.

Represented investigative journalist Guy Lawson and his publisher, Simon & Schuster, against defamation claims brought by the son of the former Albanian prime minister over his portrayal in "Arms & The Dudes," which told the true story of three 20-somethings who became international arms dealers and inspired the major motion picture "War Dogs." The district court granted summary judgment in our favor and dismissed the case for lack of actual malice. The 11th Circuit



affirmed in a decision that also created precedent that the attorney-client privilege covers pre-publication legal review communications between a publisher's attorney and a freelance author. (S.D.Fla. 2018; 11th Cir. 2020)

---

### Guo v. Cable News Network, Inc.

Successfully defended CNN and Erin Burnett in a defamation action arising out of a news report on a member of Mar-a-Lago who had been accused of being a Chinese spy. (N.Y. Sup. Ct. 2020)

---

### Robert S. Trump v. Mary L. Trump

Successfully defended Simon & Schuster from a motion brought by the president's younger brother seeking to enjoin the publication of a memoir written by Mary Trump, the president's niece. (N.Y. Sup. Ct. 2020)

---

### Latosha Lee v. Black Entertainment Television LLC et al.

Successfully defended copyright claim over plaintiff's claim that the BET reality TV show "From the Bottom Up" infringed on her treatment for a never-produced reality show called "Real Life Cinderellas Atlanta." 2020 WL 1140795 (S.D.N.Y. Mar. 6, 2020)

---

### Arpaio v. Zucker et al.

Successfully defended Rolling Stone and its reporter in libel claim by former Maricopa County Sheriff Joseph Arpaio over report that referred to his criminal contempt conviction as a "felony." Court granted motion to dismiss for failure to allege actual malice. (D.D.C. 2019)

---

### Denise Shull et al. v. Sorkin et al.

Successfully represented Showtime, CBS, Andrew Ross Sorkin, Brian Koppelman, David Levien, David Nevins, and TBTF Productions Inc. in copyright infringement and various state law claims (implied in fact contract, misappropriation, unfair competition, deceptive trade practices, unjust enrichment, accounting, and right of publicity) arising from the television series "Billions." (S.D.N.Y. 2019)

---

### Green v. Harbach

Obtained dismissal, affirmed by the 2nd Circuit, of lawsuit alleging that successful novel "The Art of Fielding" infringed plaintiff's copyright in an unpublished manuscript. Both courts found that there was no substantial similarity between the works. (S.D.N.Y. 2018, 2d Cir. 2019)

---

### Hamilton v. Speight et al.

Obtained dismissal of right of publicity claims against Microsoft arising out of the "Gears of War" video game franchise. Summary judgment granted by district court and affirmed by 3rd Circuit; plaintiff"s cert. petition denied. (E.D. Pa. 2019; 3rd Cir. 2020; Sup. Ct. cert. petition denied)

---

### Paul Spinelli, et al. v. National Football League, et al.

Defended the Associated Press in a copyright lawsuit brought by a group of National Football League photographers alleging that the AP, the NFL, and various NFL entities infringed their copyrights in thousands of photos by exceeding the scope of rights granted by the photographers without paying appropriate royalties. After the District Court dismissed most of plaintiffs' claims, the 2nd Circuit reversed in many respects, reinstating copyright, contract and tort claims against defendants. DWT assumed the defense after the 2nd Circuit Decision and ultimately negotiated a settlement. (S.D.N.Y. 2019)

---

### Miller v. Gizmodo Media Group LLC et al.



Won a motion for summary judgment on behalf of Gizmodo Media Group in a $100 million defamation suit brought by Jason Miller, a former senior advisor to President-elect Trump. On August 27, Judge Cecilia M. Altonaga of the Southern District of Florida found that publication, on the Gizmodo website Splinter, of the article that gave rise to the suit was protected by New York's fair report privilege. It was a particularly important ruling, as the plaintiff had claimed that the court filing described in the story was under seal. (S.D. Fla. 2019)

### Brown v. Time Warner, Inc., et al.

Secured dismissal of copyright infringement claim brought against broadcasters and production companies based on allegations that the television series "Black Jesus" infringed on plaintiff's short story. (S.D.N.Y. 2018)

### Reid v. Viacom

Defended Viacom and screenwriter in libel action brought by Perri "Pebbles" Reid arising out of the docudrama "Crazysexycool: The TLC Story." Summary judgment granted in part and denied in part; motion for reconsideration granted in part and denied in part. Resolved amicably before trial. (N.D. Ga. 2018)

### Scottsdale v. The Deal

Successfully defended a New York-based financial news publication and its California-based reporter against defamation claims brought by a brokerage firm in New Hampshire. The district court granted our motion to dismiss for lack of personal jurisdiction and the 1st Circuit affirmed dismissal. (D.N.H. 2017; 1st Cir. 2018)

### Elias v. Rolling Stone LLC, et al.

Defended Rolling Stone and author Sabrina Rubin Erdely in libel suit brought by three fraternity brothers against Rolling Stone and author Sabrina Rubin Erdely arising out of article "A Rape on Campus." Amicably settled. (S.D.N.Y. 2017)

### Mallory v. S&S Publishers, et al.

Successfully defended publisher and author of "Norman Mailer: A Double Life" by J. Michael Lennon against defamation and related claims. The court granted summary judgement and ruled that actress Carole Mallory, who had an eight-year romantic relationship with the subject of the biography, failed to demonstrate that challenged passages painted her in a false light or were defamatory. (E.D. Penn. 2017)

### Shelton v. Bauer Publishing, et al.

Defended entertainment magazine publisher against defamation claims arising from reporting about country music star's well-publicized alcohol use. The matter resolved during the pendency of our appeal of the trial court's denial of our anti-SLAPP motion. (C.D. Cal., 9th Cir. 2017)

### Virginia Alpha Chapter of Phi Kappa Psi Fraternity v. Rolling Stone LLC, et al.

Defended Rolling Stone and author Sabrina Rubin Erdely in libel suit brought by the UVA chapter of Phi Kappa Psi arising out of article "A Rape on Campus." Amicably settled after demurrer granted in part dismissing claims based on post-publication statements. (Va. Cir. Ct. 2017)

### Eramo v. Rolling Stone LLC, et al.

Defended Rolling Stone and author Sabrina Rubin Erdely in libel suit brought by University of Virginia Dean Nicole Eramo arising out of an article "A Rape on Campus." Amicably settled after three-week jury trial. (W.D. Va. 2016)

### Erwin v Sestero, Simon & Schuster

Defended Simon & Schuster in a copyright infringement action arising out of the book "Disaster Artist" which documents



the cult success of the "worst" film of all time, "The Room." Amicably resolved. (C.D. Cal 2016)

### Murray Energy v. Mergermarket, et al.

Motion to dismiss granted on trade secret claims brought by coal company arising out of financial news reports in "Debtwire." (C.D OH 2016)

### Cassini v. Advance Publications et al.

Obtained dismissal of libel and related claims in action brought by widow of Oleg Cassini arising out of a Vanity Fair article about the Cassini family. Dismissal affirmed by 1st Department. (N.Y. Sup. Ct. 2013; App. Div. 1st Dept. 2015)

### Jordan v. Jewel, et al.

Represented Time Inc. in connection with right of publicity claims brought by Michael Jordan related to a special "Sports Illustrated" issue commemorating Jordan's induction into the Basketball Hall of Fame. Obtained summary judgment on Jewel's third-party contribution claim on grounds that contribution is not available under the Illinois Right of Privacy Act for intentional torts, and on Jewel's indemnity claim on ground that Time and Jewel did not have a pre-tort relationship and Jewel's liability to Jordan was not derivative of Time's liability. See *Jordan v. Jewel*, 83 F. Supp. 3d 761 (N.D. Ill. 2015)

### Klapper v. Viacom, et al.

Represented defendants in libel claims arising out of reality television show "Mob Wives." Dismissed as barred by appearance release and attorney fees awarded. Dismissal affirmed by 2nd Department, motion for leave to appeal to the Court of Appeals. (2nd Dep't, N.Y. App. Div. 2015)

### Acker v. King

Represented Stephen King and Simon & Schuster in copyright infringement claims arising out of King's book "Doctor Sleep." Motion to dismiss granted. See 46 F. Supp. 3d 168 (D. Conn. 2014)

### Beckham v. Bauer Publishing

Successfully defended Bauer, publisher of In Touch Weekly, in a defamation lawsuit filed by soccer star David Beckham over article reporting on alleged tryst with a call girl. In Touch was awarded its attorneys' fees under California's anti-SLAPP statute. The 9th Circuit dismissed Beckham's appeal on jurisdiction grounds. Action amicably resolved. (C.D. Cal., 9th Cir. 2014)

### Dimond v. Time Warner, CNN, et al.

Represented all defendants in libel action brought by Most Holy Family Monastery arising out of HLN report on "Issues" concerning threats made to a transgender woman. Action dismissed on "of and concerning" grounds. Affirmed by the 4th Department. (4th Dep't, N.Y. App. Div., 2014)

### Nickell v. Viacom

Defended Viacom in intentional infliction of emotional distress and fraud claims brought by participant in an episode of the reality show True Life titled "I'm Addicted to Pills." Amicably resolved. (E.D. Ky. 2014)

### Watkins v. The Associated Press, Pearson, et al.

Successfully defended The Associated Press and The Financial Times in copyright infringement claims brought against a host of media entities arising out of the digital licensing of plaintiff's work in electronic databases. (C.D. Cal 2014)



### Associated Press v. Meltwater U.S. Holdings, Inc., et al.

Represented the Associated Press in a copyright infringement action against Meltwater News, a leading international subscription-based electronic media monitoring service that provides daily excerpts from news articles to its subscribers. In a precedent setting decision, the federal district court for the Southern District of New York granted AP's motion for summary judgment on its copyright claim and rejected Meltwater's fair use defense, which was premised on its argument that it acted as a search engine. (S.D.N.Y. 2013)

### Authors Guild, et al. v. Google, Inc.

Submitted amicus curiae brief on behalf of The Copyright Alliance, addressing transformative-use analysis in copyright infringement case based on mass digitization of books. (2d Cir. 2014). Also submitted amicus curiae brief on behalf of The Associated Press, in the related case before the 2nd Circuit, *Authors Guild, et al v. Hathitrust, et. al.* (2d Cir. 2013)

### Authors Guild, et al. v. Hathitrust, et al.

Submitted amicus curiae brief on behalf of the Associated Press, addressing transformative-use analysis in copyright infringement case based on mass digitization of books. (2d Cir. 2013)

### Batra v. NBC et al.

Lead counsel representing NBC and all defendants in libel-in-fiction action arising out of a "Law & Order" episode. Amicably resolved after seven years. (N.Y. Sup. Ct. 2013)

### Cruise v. Bauer Publishing, et al.

Lead counsel representing all defendants in libel action brought by Tom Cruise arising out of reporting in In Touch and Life & Style that he had "abandoned" his daughter. Amicably resolved following discovery. (C.D. Cal. 2013)

### Hart v. Electronic Arts, Inc.

Lead counsel representing Electronic Arts in defense of a putative class action brought by Hart, a former college quarterback, on behalf of all college football players, arising out of the purported use of their likenesses in EA's successful NCAA Football video game series. The Federal District Court in New Jersey granted EA's motion for summary judgment and dismissed the action, finding that the video games were entitled to full First Amendment protection. See 2011 WL 4005350 (D.N.J. Sept. 9, 2011) reversed in split decision before the 3rd Circuit. Related actions arising out of Electronic Arts' "NCAA Football and Madden Football" video games in the 9th Circuit. See 717 F.3d 141 (3d Cir. May 21, 2013)

### Green v. Cablevision Systems Corp., IFC in Theaters LLC, et al.

Defended distributors of the film "Savage Grace," starring Julianne Moore, which was based on a true story, from a claim of libel brought by an art dealer who alleged that he was falsely portrayed in the movie. (N.Y. Sup. Ct. 2012)

### Feldman v. Twentieth Century Fox, et al

Represented Twentieth Century Fox and the creators of the television show "Journeyman." On an upfront motion, plaintiff's copyright claims were dismissed and the 1st Circuit affirmed the dismissal of the action. (1st Circuit 2011)

### Marquardt v. King and Simon & Shuster

Lead counsel representing Stephen King and Simon & Shuster in copyright infringement claims arising out of King's book "Duma Key." Motion to dismiss granted (N.D. Ga. 2011)

### Morse & Castorina v. Spike Television, et al.

Represented Spike TV and obtained dismissal of copyright infringement action arising out of the popular reality television



show "Pros vs. Joes." (E.D.N.Y. 2011). Previously obtained dismissal of similar infringement claims brought against "Pros v. Joes" in *Pino v. Spike*. (D.N.J. 2009)

### Penguin Publishers v. American Buddha

Lead amici counsel for American Association of Publishers, Magazine Publishers Association, and American Association of University Publishers in connection with novel jurisdictional question for copyright claims certified by the 2nd Circuit to the N.Y. Court of Appeals. Consistent with arguments made by amici, in April 2011, the Court of Appeals ruled that the 'situs of injury' for copyright claims is the location of the publishers. (N.Y. Ct. Appeals 2011)

### Unterberg v. President Jimmy Carter, Simon & Schuster, Inc.

Lead counsel representing defendants in connection with putative consumer fraud claims arising out of the publication of "Palestine: Peace Not Apartheid." Action withdrawn after sanctions motion served. (S.D.N.Y. 2011)

### Maharam v. Little, Brown, et al.

Represented Little, Brown and author James Patterson in copyright infringement action arising out of children's book "SantaKid." Summary judgment granted and affirmed by 2nd Circuit. 2010 WL 827088 (2d Cir. 2010)

### Scott v. Hachette Publishing

Represented Little, Brown and author Stephenie Meyer. Obtained pre-discovery dismissal of copyright claims arising out of author's last book in her famed "Twilight" series. Attorney fees awarded to defendants. (C.D. Cal. 2010)

### Steinbeck v. McIntosh & Otis, Inc., Estate of Elaine Steinbeck, et al.

Represented literary agents in copyright action involving termination rights and the John Steinbeck literary properties. Summary judgment dismissing all claims granted and affirmed by the 2nd Circuit. 2009 WL 928189, 2010 WL 3995982 (S.D.N.Y., 2d Cir. 2010)

### Stewart v. Rolling Stone LLC

Lead counsel representing Rolling Stone in right of publicity claims brought as a putative class action arising out of a gatefold editorial feature. On appeal, the Court of Appeals found that Rolling Stone's editorial feature did not inadvertently become commercial speech because it was surrounded by cigarette advertising and granted Rolling Stone's anti-SLAPP motion, dismissing the action.
Rolling Stone's "Indie Rock Universe" Editorial Feature Gets First Amendment Protection, 02.01.10 (Cal. Ct. App. 2010)

### Gorzelany v. Simon & Schuster, Inc., et al.

Obtained pre-discovery dismissal of libel, privacy and related claims arising out of book "Hot Chicks with Douchebags." (N.J. Super. Ct. 2009)

### Ishkanian v. Baker

Defended Wenner Media, publisher of Us Weekly, in persuading the Court of Appeal to overturn a trial court's order denying the magazine's special motion to strike a former employee's $55 million lawsuit for defamation and other torts. On remand, the trial court awarded Wenner Media its attorneys' fees. (Cal. Super. Ct., Cal. Ct. App. 2009)

### Stern v. Rita Cosby, Hachette Book Group USA

Represented Rita Cosby in libel action brought by Howard K. Stern, former partner of Anna Nicole Smith, arising out of Cosby's book "Blonde Ambition." (S.D.N.Y. 2009)



### Sugarman v. Apostolina, Simon & Schuster

Obtained summary judgment dismissing libel in fiction and right of publicity claims arising out of book "Hazing Meri Sugarman." 101750/06 (N.Y. Sup. Ct. 2008)

---

### Landrau, et al. v. Solis-Betancourt, Advance Magazine Publishers, et al.

Obtained dismissal of novel copyright and trademark claims brought by architect arising out of feature in Architectural Digest. 554 F. Supp. 2d 114 (D.P.R. 2007)

---

### Perdue v. Brown, Random House and Sony Pictures; Dunn v. Brown, Random House; Anikin v. Random House

Obtained pre-discovery dismissal in three separate copyright actions arising out of Dan Brown's "The Da Vinci Code." Dismissal in *Perdue* affirmed by 2nd Circuit. 79 U.S.P.Q.2d 1958 (S.D.N.Y. 2007)

---

### Spears v. Us Weekly

Defended Us Weekly against libel claim by Britney Spears. The court granted the magazine's anti-SLAPP motion, dismissed the lawsuit, and awarded the magazine its attorneys' fees. (Cal. Sup. Ct. 2007)

---

### Kamalian v. Reader's Digest

On appeal, obtained dismissal of libel action arising out of Reader's Digest article titled "Dangerous Doctors." (2006)

---

### Carter-Clark v. Random House and Joseph Klein

Obtained dismissal of libel in fiction action arising out of Joseph Klein's novel "Primary Colors." Affirmed on appeal. (1st Dept. N.Y. 2005)

---

### Kane v. Comedy Central

Affirmed dismissal of copyright action arising out of Daily Show parody of public access television called "Public Excess." (2004)

---

### Nicholson v. Random House, HBO, Time Warner

Defense of Random House and HBO in a libel and invasion of privacy action filed by Frederick Nicholson, arising out of the movie "American Splendor" and the book "The Life and Times of Harvey Pekar" by Harvey Pekar. (2004)

---

### D.A.R.E. v. Rolling Stone

Dismissal of libel and related claims affirmed by 9th Circuit arising out of article written by Stephen Glass. (9th Cir. 2002)

---

### Duggar v. City of Springdale, Arkansas et al.; Dillard, et al. v. City of Springdale, Arkansas, et al.

Defending magazine publisher against allegation that articles published in In Touch Weekly about plaintiff's sexual assault invaded plaintiff's privacy. Our motions to dismiss have been granted. (W.D. Ark. Ongoing)

---

### Moore et al. v. Cohen, et al.

Defending Showtime from $95 million defamation suit by Roy Moore over an appearance on Sacha Baron Cohen Show. The suit accuses the defendants of "falsely and fraudulently" inducing him to appear on the show, "Who Is America?" where Cohen, disguised as an Israeli intelligence agent, pretends to have a pedophile detector, which goes off when waved in front of Moore. (Ongoing)

---



**United States v. Snowden**

Representing publisher of Edward Snowden's memoir, "Permanent Records," in action brought by U.S. government against Snowden seeking the proceeds of his book sales due to alleged breach of his obligation to submit his book for pre-publication review by the government agencies where he worked. Publishers named as third parties. (E.D. Va. Ongoing)

## Memberships & Affiliations

- Former Chair, Committee on Communications and Media Law, New York City Bar Association
- Former East Coast Representative, Forum on Communications Law
- Communications and Entertainment Committee, New York State Bar Association
- The Copyright Society of the USA
- Lawyers Committee, Association of American Publishers

## Professional Recognition

- Named one of "New York's Biggest Entertainment Attorneys" by The Hollywood Reporter, 2025
- Named as one of "America's Leading Lawyers for Business" by Chambers USA in Media & Entertainment: First Amendment Litigation (New York), 2007-2025; Media & Entertainment: Copyright & Contract Disputes (New York), 2007-2016; Media & Entertainment: Litigation (New York), 2017-2025; First Amendment Litigation (Nationwide), 2011-2025; Received "Band 1" ranking for First Amendment Litigation (New York), 2012-2020, 2022-2025; Received "Band 1" ranking for Media & Entertainment: First Amendment Litigation (Nationwide), 2012-2025; Named a "Star Individual" for Media & Entertainment: First Amendment Litigation (New York), 2023-2025; Named a "Star Individual" for First Amendment Litigation (Nationwide), 2024-2025
- Named as one of "500 Leading Global Entertainment, Sports & Media Lawyers" by Lawdragon, 2025
- Named "Lawyer of the Year" in First Amendment Law (New York), Best Lawyers, 2022
- Named "Lawyer of the Year" in Copyright Law (New York) by Best Lawyers, 2024
  Award Winner, "Women of Influence" by the Coalition of Women's Initiatives in Law and Best Lawyers, 2017
- Named one of Hollywood's Top 100 Attorneys by The Hollywood Reporter, 2021, 2023, 2024
- Named among New York's Top 20 Entertainment Lawyers by The Hollywood Reporter, 2020-present
- Received the "John M. Davis Award for Outstanding Legal Expertise," Davis Wright Tremaine, 2015
- Selected by Best Lawyers as New York's "Lawyer of the Year" in Intellectual Property Litigation, 2017
- Selected by Best Lawyers as New York City's "Lawyer of the Year" in Copyright Law, 2016
- Selected by Best Lawyers as New York City's "Lawyer of the Year" in Media Law, 2013, 2018
- Named one of the "Best Lawyers in America" in Communications and Advertising Law by Best Lawyers, 2006-2009; named in First Amendment, Media, and Intellectual Property Law, 2006-present; named in Entertainment Law, 2010-present
- Selected to "New York's Top 50 Women Super Lawyers and First Amendment/Media Lawyers," Thomson Reuters, 2007-2008
- Selected to "New York Super Lawyers" in Media and Advertising, Thomson Reuters, 2006-2024
- Selected "Client Service All-Stars," BTI Consulting Group, 2022-2023
- Named as one of Lawdragon's "500 Lawyers in America," 2007
- Sharing the Power Award, InsideCounsel Magazine, 2010

## Background

- Member, Executive Committee, Davis Wright Tremaine LLP, 2016-present

## Insights

Best Lawyers Recognizes 170 Davis Wright Tremaine Attorneys for Industry-Leading Excellence, 08.21.25

Chambers USA Affirms Davis Wright Tremaine's Growing National Leadership in Key Industry Sectors, 06.06.25



Three From Davis Wright Tremaine Named to the Hollywood Reporter's 2025 List of New York Power Lawyers, 06.06.25

Panelist, "Media Litigation Tales: Are We Really Going To Trial?," DOWNLOAD/NY Digital Tech Conference, 10.10.24

Publishers and Authors Prevail at Second Circuit in Closely Watched Copyright Dispute With Internet Archive, 09.05.24

New Chambers Rankings Affirm Davis Wright Tremaine's National Leadership in Key Industry Sectors, 06.10.24

2024 Edition of Best Lawyers Recognizes More Than 175 Davis Wright Tremaine Attorneys for Excellence, 08.17.23

Co-author, "High Court Ruling Boosts New York Times v. Sullivan Vitality," Law360, 07.24.23

In Counterman v. Colorado, the Supreme Court Confirms the Vitality of New York Times v. Sullivan, 07.06.23

Chambers USA Recognizes Davis Wright Tremaine for Leadership Across Key Industry Sectors and Honors the Firm for Excellence in 51 Practices, 06.05.23

Davis Wright Tremaine Secures Win for Publishing Industry and Authors in Major Copyright Case, 03.28.23

Chambers USA Recognizes Davis Wright Tremaine for Excellence in Key Practice Areas and Industry-Leading Success With DEI, 06.07.22

Co-author, "Amazon, Penguin Random House, and Leading Authors Win $7.8m Judgment Against International Ebook Piracy Ring," MLRC MediaLawLetter, January 2022

Gray Coleman and Elizabeth McNamara Named 2021 New York "Power Lawyers" by The Hollywood Reporter, 12.08.21

Twelve From Davis Wright Tremaine Named 2022 "Lawyers of the Year" by Best Lawyers, 08.19.21

Federal Judge Dismisses Roy Moore's $95 Million Defamation Claim Against Showtime and Sacha Baron Cohen, 07.14.21

Elizabeth McNamara Named to the Hollywood Reporter's 2021 "Power Lawyers" List, 06.07.2021

Davis Wright Tremaine Recognized by Chambers USA for Industry-Leading Excellence in Key Practice Areas, 05.21.21

Quoted in "11th Circ. Affirms Gizmodo Win In Ex-Trump Aide's Libel Suit," Law360, 04.16.21

"Appeals Court Rules Against Cayuga Nation in Defamation Action Over Depiction on Showtime's 'Billions'," New York Law Journal, 03.15.21

"Appeals Court Sides With Showtime In Cayuga 'Billions' Suit," Law360, 02.24.21

Gray Coleman and Elizabeth McNamara Named to the Hollywood Reporter's Inaugural List of New York Power Lawyers, 12.10.20

New York Appeals Court Ruling Allows Publication of Book by Mary Trump to Proceed, 07.02.20

Davis Wright Tremaine Recognized by Chambers USA for Industry-Leading Excellence in Key Practice Areas, 04.28.20

"Microsoft Gets Quick Win In Suit Over Gears Of War Character," Law360, 09.27.19

Mentioned in "Daily Dicta: Judge Axes Splinter.com Defamation Suit," Law.com, 08.29.19

Davis Wright Tremaine Secures Favorable Ruling for Gizmodo in High-Profile Defamation Suit, 08.28.19

Mentioned in "Gizmodo Defeats Ex-Trump Aide's 'Abortion Pill' Libel Case," Law360, 08.28.19

Davis Wright Tremaine Recognized by Chambers as One of the Country's Leading Law Firms for Business, 05.29.19

Quoted in "Showtime Asks Court to Toss 'Billions' Lawsuit," The Hollywood Reporter, 03.11.19

Defamation Defense for Women Standing Up in the #MeToo Movement, 2018

Law360 Names Elizabeth McNamara an "MVP of the Year", 11.27.18

Davis Wright Tremaine Recognized by Chambers as One of the Country's Leading Law Firms for Business, 05.07.18

Quoted in "Milo Yiannopoulos Argues Failure to Return Book Advance Doesn't Doom Lawsuit," The Hollywood Reporter, 09.19.17

Twelve From Davis Wright Tremaine Named 2018 "Lawyers of the Year" by Best Lawyers, 08.15.17

Chambers USA Recognizes More Than 100 Davis Wright Tremaine Lawyers as Leaders in Their Fields, 08.03.17

Mentioned in "Simon & Schuster Calls Milo Yiannopoulos Lawsuit a 'Publicity Stunt' in Bid to Dismiss," The Hollywood Reporter, 07.28.17

"The Republication Quandary: Lessons Learned from the Rolling Stone Trial," Los Angeles Copyright Society, DOMA, Beverly Hills, Calif., 05.08.17

Three Davis Wright Tremaine Partners Named "Women of Influence", 03.31.17

"Sports Law: The Use of Athletes' Images and the Right of Publicity," Counseling Clients in the Entertainment Industry 2017, PLI,



New York, N.Y., 03.01.17

Eighteen DWT Attorneys Named 2017 "Lawyers of the Year" by Best Lawyers, 08.15.16

"In Search of a Predictable Standard for Attorney Fees in Copyright Cases,' New York Law Journal, 08.11.16

Chambers USA Recognizes Davis Wright Tremaine LLP in 33 Practice Areas and Names 89 Attorneys "Leading Lawyers for Business", 05.27.16

Current Developments in Entertainment and Sports Litigation, Counseling Clients in the Entertainment Industry 2016, PLI, New York, N.Y., 03.02.16

"Pics, Games, Tweets And Selfies: Right of Publicity Litigation Goes Digital," Download, Davis Wright Tremaine, New York, N.Y., 10.22.15

New York's Proposed Right of Publicity Statute for Dead Celebrities Is Apparently Dead Itself, September 2015

"N.Y. Proposed Right of Publicity Statute for Deceased Celebrities Appears Dead," New York Law Journal, 06.30.15

Chambers USA Recognizes Davis Wright Tremaine LLP in 31 Practice Areas and Names 86 Attorneys "Leading Lawyers for Business", 05.20.15

Vanity Fair Prevails in Libel Suit Brought by Oleg Cassini's Widow, March 2015

"Vanity Fair Prevails in Libel Suit Brought by Oleg Cassini's Widow," MLRC MediaLawLetter, February 2015

The Right to Be Forgotten or Not Exposed, November 2014

"The Right to Be Forgotten or Not Exposed," New York Law Journal, 07.31.14

2nd Circuit Issues Its Fair Use Ruling in Authors Guild v. HathiTrust, August 2014

2nd Circuit Issues Its Fair Use Ruling in Authors Guild v. HathiTrust, 06.13.14

Chambers USA Recognizes Davis Wright Tremaine LLP in 31 Practice Areas and Names 89 Attorneys "Leading Lawyers for Business", 05.27.14

"Right-of-Publicity Drama Coming to New York?" New York Law Journal, 03.31.14

"The Rise of the New 'Copyright Troll,'" New York Law Journal, 12.23.13

New York's Shield Law Follows New York Reporters Wherever They May Roam, 12.18.13

"Exploring the Outer Limits of Online Providers' Immunity," New York Law Journal, 08.09.13

Chambers USA Recognizes Davis Wright Tremaine LLP in 43 Practice Areas and Names 88 Attorneys "Leading Lawyers for Business", 05.30.13

Quoted in "Associated Press Wins Suit in Internet Copyright, Fair Use Case," FOLIO, 03.27.13

AP Wins Key Copyright Action: Reselling News Excerpts from Internet Not a Fair Use, 03.21.13

"Current Developments in Entertainment and Sports Litigation," PLI's Counseling Clients in the Entertainment Industry 2013, New York, N.Y., 03.06.13

Nine Attorneys From Davis Wright Tremaine LLP Named 2013 "Lawyers of the Year" by Best Lawyers, 09.14.12

Chambers USA Recognizes Davis Wright Tremaine LLP in Multiple Practice Areas and Names 89 Attorneys "Leading Lawyers for Business", 06.07.12

"Sports Law: The Use of Athletes' Images - The Right of Publicity in a Sports Context," PLI's Counseling Clients in the Entertainment Industry 2012, New York, N.Y., 03.16.12

First Amendment Defeats Right of Publicity Claims Against Electronic Arts' NCAA Football Video Games, 09.12.11

"Emphasizing Interactivity, Court Rules that First Amendment Defeats Right of Publicity Claims Targeting EA's NCAA Football Video Games," MLRC MediaLawLetter, September 2011

New York Court of Appeals Rules That "Situs of the Injury" of Digital Piracy Is the Copyright Owner's Place of Business, Helping New York Content Providers Battle Infringement, 04.07.11

"Sports Law: The Use of Athletes' Images - The Right of Publicity in a Sports Context," Counseling Clients in the Entertainment Industry 2011, Practising Law Institute, New York, N.Y., 03.16.11

Co-presenter, "Prepublication/Prebroadcast Review," NAA/NAB/MLRC Media Law Conference, Chantilly, Va., September 2010

Rolling Stone's "Indie Rock Universe" Editorial Feature Gets First Amendment Protection, 02.01.10



"The Price of Success: Bestsellers and Blockbusters Can Place You in Litigation Crosshairs," Media and the Law, Kansas City, Mo., 2008, 2009

"Using Trademarked Products in Entertainment Programming," Communications Lawyer, Volume 24, Number 4, 12.01.07

Art and Privacy Colloquium, Cambridge, England, 2007

Privacy Panel, Media Law Resource Center, London, England, 2007

Annual PLI Communications Law: Lead Presentation on Privacy, 2003-2004, 2006

Chair, "Internet Publishing: The Legal and Business Issues as Traditional Publishing Moves to Electronic Media," Practising Law Institute, 2000-2001

"Online Service Provider Liability Under the Digital Millennium Copyright Act," Communications Lawyer, Volume 17, Number 3, 10.01.99