# EXHIBIT B



Davis Wright Tremaine LLP

# Leena Charlton

ASSOCIATE

**New York**
**T** 212.603.6461
**F** 212.489.8340

**E** leenacharlton@dwt.com

A long-time journalism enthusiast whose work history includes stints at Cosmopolitan, StoryCorps, and Guernica, Leena enjoys pursuing both of her passions—storytelling and the law—as an associate in DWT's media and entertainment practice group.

Leena's zeal and talent for writing served her well as a judicial clerk in a federal district court in New York, where she drafted opinions and bench memos for a variety of cases. She also has sharpened her writing chops as an associate at other New York law firms, drafting appellate briefs, complaints, and other pleadings concerning many of the issues she works on as part of DWT's media group, including trademark, copyright, and entertainment law.

An advocate of constitutional and human rights, Leena's prior experience includes roles as a legal fellow at Columbia University's Knight First Amendment Institute, a communications professional at the New York Civil Liberties Union, and a student attorney for Section 8 tenants during her time with the Harvard Tenant Advocacy Project.

## Education

J.D., Harvard Law School, 2017
Executive Editor of Online Content, Harvard Civil Rights - Civil Liberties Law Review

Tenant Advocacy Project

Board Member, Harvard Law Students for Reproductive Justice

B.A., Sociology and Human Rights, Columbia University, 2012
John Jay Scholar, Columbia University Scholar Program

Solomon and Seymour Fisher Civil Liberties Fellowship, 2011

## Admitted to Practice

New York, 2018

U.S. District Court, Southern District of New York, 2019

U.S. District Court, Eastern District of New York, 2019

## Background

- Judicial Clerk, U.S. District Court for the Eastern District of New York City, 2021-2022;
- Assistant Editor, Non-Fiction, Guernica Magazine, New York City, 2020-2022
- Associate, Pryor Cashman LLP, New York City, 2020-2021
- Legal Fellow, Knight First Amendment Institute at Columbia University, New York City, 2019-2020
- Associate, Orrick, Herrington & Sutcliffe LLP, New York City, 2017-2019
- Consumer Protection Law Clerk, Federal Trade Commission, Southeast Region, Atlanta, 2015
- Intake Coordinator, Harvard Tenant Advocacy Project, Cambridge, MA, 2014-2017