# EXHIBIT C





## Megan Duffy | PARALEGAL

**New York**
**T** 212.489.8230
**F**
**E** meganduffy@dwt.com

**Education**

ABA Approved Paralegal Program, Minnesota Paralegal Institute

Bachelor of Elective Studies, St. Cloud State University

## Memberships & Affiliations

- Promise for Justice Initiative
- Legal Hope Bench Book

## Professional Recognition

- kCura Relativity Certification

## Background

- Paralegal, Foley & Mansfield PLLP, Minneapolis, 1999-2001
- Contract Paralegal, Winthrop & Weinstein, Minneapolis, 1996-1999

Megan Duffy assists the firm's media practice group in all areas of litigation, including complex e-discovery, motion practice, trial, and appellate work. Her vast knowledge of state and federal procedure coupled with her Relativity certification and cite-checking skills provides a well-rounded support system that her practice group can rely on. Megan is a Midwest transplant who has called New York and DWT her home for more than 20 years.