# EXHIBIT D



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104
Min.Lee@hbgusa.com

Diana Gonzalez
Diana.Gonzalez@hbgusa.com

Alexandra Schwartz
6400 International Parkway, Suite 2000
Plano, TX 75093
Alexandra.Schwartz@qbe.com

December 23, 2025
Invoice #7213350

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

**Claim Number**: 144005P

### Invoice for Fees and Costs

Total Current Fees
Total Current Costs

PRIVILEGED: A/C COMMS OR WORK PRODUCT

**Total Amount Due This Invoice**

PRIVILEGED: A/C COMMS OR WORK PRODUCT

#### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 11/14/25 | E. McNamara | 0.50 | PRIVILEGED: A/C COMMS OR WORK PRODUCT | |
| 11/15/25 | E. McNamara | 0.50 | | |
| 11/17/25 | E. McNamara | 0.80 | | |
| 11/17/25 | L. Steinman | 0.20 | | |
| 11/18/25 | E. McNamara | 0.60 | | |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara

**Davis Wright
Tremaine** LLP

Invoice # 7213350
Page **2** of **3**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 11/19/25 | E. McNamara | 0.20 | | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** |
| 11/20/25 | E. McNamara | 0.40 | | |
| 11/20/25 | L. Charlton | 6.10 | | |
| 11/21/25 | E. McNamara | 0.30 | | |
| 11/21/25 | L. Charlton | 0.30 | | |
| 11/24/25 | L. Charlton | 0.10 | | |
| **TOTAL** | | **10.00** | | |

| TIMEKEEPER SUMMARY | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** | |
| **PARTNER** | | PRIVILEGED: A/C COMMS OR WORK PRODUCT | | |
| McNamara, E. | 3.30 | | | |
| Steinman, L. | 0.20 | | | |
| **Total for Partner** | **3.50** | | | |
| **ASSOCIATE** | | | | |
| Charlton, L. | 6.50 | | | |
| **Total for Associate** | **6.50** | | | |
| **TOTAL** | **10.00** | PRIVILEGED: A/C COMMS OR WORK PRODUCT | | |

| **TOTAL AMOUNT DUE THIS INVOICE** | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
|---|---|

To ensure proper credit to your account,
please include remittance with your payment.



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Hachette Book Group, Inc.                                      December 23, 2025
Min Lee                                                        Invoice #7213350
1290 Avenue of the Americas
New York, NY 10104

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

Claim Number: 144005P

**Invoice for Fees and Costs**

| TOTAL AMOUNT DUE THIS INVOICE | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
|---|---|

To ensure proper credit to your account,
please include remittance with your payment.



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104
Min.Lee@hbgusa.com

January 15, 2026
Invoice #7216749

Diana Gonzalez
Diana.Gonzalez@hbgusa.com

Alexandra Schwartz
6400 International Parkway, Suite 2000
Plano, TX 75093
Alexandra.Schwartz@qbe.com

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

**Claim Number**: 144005P

### Invoice for Fees and Costs

Total Current Fees
Total Current Costs

PRIVILEGED: A/C COMMS OR WORK PRODUCT

**Total Amount Due This Invoice**

| | | | | | |
|---|---|---|---|---|---|
| **Outstanding Invoices for This Matter as of: January 15, 2026** | | | | | |
| **Invoice** | **Date** | **Original Amount** | **Payments/Credits** | **Last Payment** | **Amount Due** |
| 7213350 | 12/23/25 | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** | | | |
| **Previous Balance Total** | | | | | |
| 7216749 (This Invoice) | 01/15/26 | | | | |
| **Total Due This Matter** | | | | | |

PROFESSIONAL FEES RENDERED:

To ensure proper credit to your account,
please include remittance with your payment.


Davis Wright
Tremaine LLP

Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara

Invoice # 7216749
Page **2** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 12/03/25 | L. Charlton | 0.40 | | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| 12/04/25 | E. McNamara | 0.20 | | |
| 12/04/25 | L. Charlton | 1.30 | | |
| 12/05/25 | E. McNamara | 1.40 | | |
| 12/05/25 | L. Charlton | 2.80 | | |
| 12/06/25 | E. McNamara | 3.50 | | |
| 12/07/25 | E. McNamara | 2.30 | | |
| 12/08/25 | E. McNamara | 1.20 | | |
| 12/08/25 | L. Charlton | 4.90 | | |
| 12/09/25 | L. Charlton | 0.10 | | |
| 12/10/25 | E. McNamara | 0.80 | | |
| 12/10/25 | L. Charlton | 0.70 | | |
| 12/16/25 | E. McNamara | 0.20 | | |
| 12/17/25 | L. Charlton | 2.30 | | |
| 12/20/25 | L. Charlton | 2.40 | | |
| 12/22/25 | E. McNamara | 0.30 | | |
| 12/22/25 | L. Charlton | 4.00 | | |
| 12/26/25 | L. Charlton | 3.00 | | |
| 12/27/25 | E. McNamara | 1.30 | | |
| 12/29/25 | L. Charlton | 0.70 | | |
| 12/30/25 | L. Charlton | 5.30 | | |
| **TOTAL** | | **39.10** | | |



Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara

Invoice # 7216749
Page **3** of **4**

---

COSTS:

| NARRATIVE | AMOUNT |
|---|---|
| | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| Litigation support services | |
| **TOTAL COSTS** | |

---

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | PRIVILEGED: A/C COMMS OR WORK PRODUCT | |
| McNamara, E. | 11.20 | | |
| **Total for Partner** | **11.20** | | |
| **ASSOCIATE** | | | |
| Charlton, L. | 27.90 | | |
| **Total for Associate** | **27.90** | | |
| **TOTAL** | **39.10** | PRIVILEGED: A/C COMMS OR WORK PRODUCT | |

---

| TOTAL AMOUNT DUE THIS INVOICE | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
|---|---|

To ensure proper credit to your account,
please include remittance with your payment.



# REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104

January 15, 2026
Invoice #7216749

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

Claim Number: 144005P

## Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| **PRIOR OUTSTANDING BALANCE** | $ | |
| **TOTAL AMOUNT DUE** | $ | |

To ensure proper credit to your account,
please include remittance with your payment.



**Davis Wright Tremaine** LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104
Min.Lee@hbgusa.com

Diana Gonzalez
Diana.Gonzalez@hbgusa.com

Alexandra Schwartz
6400 International Parkway, Suite 2000
Plano, TX 75093
Alexandra.Schwartz@qbe.com

February 18, 2026
Invoice #7223416

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

**Claim Number**: 144005P

## Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| Total Current Costs | |
| **Total Amount Due This Invoice** | |

### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/05/26 | E. McNamara | 0.70 | PRIVILEGED: A/C COMMS OR WORK PRODUCT | |
| 01/06/26 | E. McNamara | 0.50 | | |
| 01/06/26 | L. Charlton | 0.10 | | |
| 01/07/26 | E. McNamara | 0.60 | | |

Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara



Invoice # 7223416
Page **2** of **5**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 01/07/26 | L. Charlton | 5.00 | | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** |
| 01/08/26 | E. McNamara | 0.20 | | |
| 01/08/26 | L. Charlton | 5.90 | | |
| 01/09/26 | L. Charlton | 6.40 | | |
| 01/09/26 | M. Duffy | 0.40 | | |
| 01/10/26 | E. McNamara | 0.20 | | |
| 01/10/26 | L. Charlton | 4.90 | | |
| 01/11/26 | E. McNamara | 2.00 | | |
| 01/11/26 | L. Charlton | 10.80 | | |
| 01/12/26 | E. McNamara | 3.60 | | |
| 01/12/26 | L. Charlton | 0.80 | | |
| 01/13/26 | L. Charlton | 6.40 | | |
| 01/14/26 | E. McNamara | 3.70 | | |
| 01/14/26 | L. Charlton | 3.10 | | |
| 01/15/26 | E. McNamara | 4.30 | | |
| 01/15/26 | L. Charlton | 4.00 | | |
| 01/16/26 | E. McNamara | 1.50 | | |
| 01/16/26 | L. Charlton | 0.80 | | |
| 01/16/26 | M. Duffy | 3.40 | | |

Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara

**Davis Wright Tremaine** LLP

Invoice # 7223416
Page **3** of **5**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 01/18/26 | E. McNamara | 0.70 | | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| 01/19/26 | E. McNamara | 0.70 | | |
| 01/19/26 | L. Charlton | 4.80 | | |
| 01/20/26 | E. McNamara | 1.30 | | |
| 01/20/26 | L. Charlton | 4.20 | | |
| 01/20/26 | M. Duffy | 1.80 | | |
| 01/21/26 | L. Charlton | 0.10 | | |
| 01/22/26 | L. Charlton | 1.30 | | |
| 01/22/26 | M. Duffy | 0.10 | | |
| 01/28/26 | E. McNamara | 1.00 | | |
| 01/28/26 | L. Charlton | 4.00 | | |
| 01/29/26 | E. McNamara | 0.30 | | |
| 01/29/26 | L. Charlton | 1.20 | | |
| **TOTAL** | | **90.80** | | |

## COSTS:

| NARRATIVE | AMOUNT |
|-----------|--------|
| Publications/Subscriptions - L Charlton - 14 - 007 12/03/2025 - Copy of book subject to the lawsuit. | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| Publications/Subscriptions - L Charlton - 14 - 007 01/22/2026 - Courtesy copies of book to deliver to Judge Daniels | |
| Outside delivery service - - FED EX ERS - 01/22/26 Delivery to Hon George B Daneils, U S District Court Sdny | |
| Outside delivery service - - FED EX ERS - 01/22/26 Delivery to Robert Garson, Gs2law Pllc | |



To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara



Davis Wright
Tremaine LLP

Invoice # 7223416
Page **4** of **5**

| NARRATIVE | AMOUNT |
|---|---|
| **TOTAL COSTS** | PRIVILEGED: A/C COMMS OR WORK PRODUCT |

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | PRIVILEGED: A/C COMMS OR WORK PRODUCT | |
| McNamara, E. | 21.30 | | |
| **Total for Partner** | **21.30** | | |
| **ASSOCIATE** | | | |
| Charlton, L. | 63.80 | | |
| **Total for Associate** | **63.80** | | |
| **PARALEGAL** | | | |
| Duffy, M. | 5.70 | | |
| **Total for Paralegal** | **5.70** | | |
| **TOTAL** | **90.80** | | |

| **TOTAL AMOUNT DUE THIS INVOICE** | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
|---|---|

To ensure proper credit to your account,
please include remittance with your payment.



## REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104

February 18, 2026
Invoice #7223416

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

Claim Number: 144005P

**Invoice for Fees and Costs**

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ ██████ PRIVILEGED: A/C COMMS OR WORK PRODUCT |

To ensure proper credit to your account,
please include remittance with your payment.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104
Min.Lee@hbgusa.com

Diana Gonzalez
Diana.Gonzalez@hbgusa.com

Alexandra Schwartz
6400 International Parkway, Suite 2000
Plano, TX 75093
Alexandra.Schwartz@qbe.com

March 23, 2026
Invoice #7233717

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

**Claim Number**: 144005P

### Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| Total Current Costs | |
| **Total Amount Due This Invoice** | |

#### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 02/03/26 | E. McNamara | 0.60 | PRIVILEGED: A/C COMMS OR WORK PRODUCT | |
| 02/03/26 | L. Charlton | 0.90 | | |
| 02/04/26 | E. McNamara | 0.40 | | |
| 02/04/26 | L. Charlton | 6.90 | | |
| 02/05/26 | E. McNamara | 0.90 | | |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara



Davis Wright
Tremaine LLP

Invoice # 7233717
Page **2** of **4**

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 02/05/26 | L. Charlton | 3.90 | | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** |
| 02/06/26 | E. McNamara | 2.50 | | |
| 02/06/26 | L. Charlton | 5.60 | | |
| 02/08/26 | E. McNamara | 1.50 | | |
| 02/09/26 | E. McNamara | 1.60 | | |
| 02/09/26 | L. Charlton | 10.40 | | |
| 02/10/26 | E. McNamara | 4.70 | | |
| 02/10/26 | L. Charlton | 4.20 | | |
| 02/11/26 | E. McNamara | 2.80 | | |
| 02/11/26 | L. Charlton | 5.50 | | |
| 02/12/26 | E. McNamara | 3.80 | | |
| 02/12/26 | L. Charlton | 4.30 | | |
| 02/13/26 | E. McNamara | 0.50 | | |
| 02/13/26 | L. Charlton | 0.30 | | |
| 02/13/26 | C. Miks | 11.20 | | |
| 02/14/26 | L. Charlton | 4.70 | | |
| 02/15/26 | E. McNamara | 1.10 | | |



Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara

Invoice # 7233717
Page **3** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 02/16/26 | L. Charlton | 2.30 | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** | |
| 02/17/26 | E. McNamara | 0.30 | | |
| 02/17/26 | L. Charlton | 1.90 | | |
| 02/18/26 | E. McNamara | 0.30 | | |
| 02/18/26 | L. Charlton | 0.20 | | |
| 02/19/26 | E. McNamara | 1.80 | | |
| 02/19/26 | L. Charlton | 1.00 | | |
| 02/27/26 | L. Charlton | 0.40 | | |
| **TOTAL** | | **86.50** | | |

| TIMEKEEPER SUMMARY | | | |
|--------------------|------|------|--------|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** | |
| McNamara, E. | 22.80 | | |
| **Total for Partner** | **22.80** | | |
| **ASSOCIATE** | | | |
| Charlton, L. | 52.50 | | |
| **Total for Associate** | **52.50** | | |
| **PARALEGAL** | | | |
| Miks, C. | 11.20 | | |
| **Total for Paralegal** | **11.20** | | |
| **TOTAL** | **86.50** | | |

| TOTAL AMOUNT DUE THIS INVOICE | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
|-------------------------------|---------------------------------------|

To ensure proper credit to your account,
please include remittance with your payment.



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Hachette Book Group, Inc.                                      March 23, 2026
Min Lee                                                      Invoice #7233717
1290 Avenue of the Americas
New York, NY 10104

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

Claim Number: 144005P

**Invoice for Fees and Costs**

| TOTAL AMOUNT DUE THIS INVOICE | $ | PRIVILEGED: A/C COMMS OR WORK PRODUCT |

To ensure proper credit to your account,
please include remittance with your payment.



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104
Min.Lee@hbgusa.com

Diana Gonzalez
Diana.Gonzalez@hbgusa.com

Alexandra Schwartz
6400 International Parkway, Suite 2000
Plano, TX 75093
Alexandra.Schwartz@qbe.com

April 21, 2026
Invoice #7240415

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

**Claim Number**: 144005P

## Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| Total Current Costs | |
| **Total Amount Due This Invoice** | |

| OUTSTANDING INVOICES FOR THIS MATTER AS OF: APRIL 21, 2026 | | | | | |
|---|---|---|---|---|---|
| **Invoice** | **Date** | **Original Amount** | **Payments/Credits** | **Last Payment** | **Amount Due** |
| 7233717 | 03/23/26 | PRIVILEGED: A/C COMMS OR WORK PRODUCT | | | |
| **Previous Balance Total** | | | | | |
| 7240415 (This Invoice) | 04/21/26 | | | | |
| **Total Due This Matter** | | | | | |

PROFESSIONAL FEES RENDERED:

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara

**Davis Wright
Tremaine** LLP

Invoice # 7240415
Page **2** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| 03/03/26 | E. McNamara | 1.50 | | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** |
| 03/03/26 | L. Charlton | 4.70 | | |
| 03/04/26 | E. McNamara | 1.10 | | |
| 03/04/26 | L. Charlton | 5.70 | | |
| 03/05/26 | E. McNamara | 0.70 | | |
| 03/05/26 | L. Charlton | 6.70 | | |
| 03/06/26 | E. McNamara | 1.20 | | |
| 03/06/26 | L. Charlton | 8.50 | | |
| 03/07/26 | E. McNamara | 2.40 | | |
| 03/08/26 | E. McNamara | 2.60 | | |
| 03/09/26 | E. McNamara | 4.60 | | |
| 03/09/26 | L. Charlton | 2.50 | | |
| 03/09/26 | M. Duffy | 0.80 | | |
| 03/10/26 | E. McNamara | 2.60 | | |
| 03/10/26 | L. Charlton | 7.40 | | |
| 03/11/26 | E. McNamara | 2.40 | | |
| 03/11/26 | L. Charlton | 1.10 | | |
| 03/12/26 | E. McNamara | 1.40 | | |
| 03/12/26 | L. Charlton | 1.60 | | |
| 03/13/26 | L. Charlton | 0.50 | | |
| 03/13/26 | M. Duffy | 1.30 | | |
| 03/14/26 | E. McNamara | 0.80 | | |
| 03/16/26 | E. McNamara | 0.80 | | |
| 03/16/26 | L. Charlton | 0.90 | | |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara

**Davis Wright
Tremaine** LLP

Invoice # 7240415
Page **3** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 03/19/26 | E. McNamara | 0.50 | | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| 03/21/26 | E. McNamara | 1.70 | | |
| 03/23/26 | E. McNamara | 5.30 | | |
| 03/24/26 | E. McNamara | 5.20 | | |
| 03/24/26 | L. Charlton | 2.30 | | |
| 03/25/26 | E. McNamara | 3.10 | | |
| 03/25/26 | L. Charlton | 0.50 | | |
| 03/25/26 | L. Charlton | 3.30 | | |
| **TOTAL** | | **85.70** | | |

|  | TIMEKEEPER SUMMARY | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| | | PRIVILEGED: A/C COMMS OR WORK PRODUCT | |
| **PARTNER** | | | |
| McNamara, E. | 37.90 | | |
| **Total for Partner** | **37.90** | | |
| **ASSOCIATE** | | | |
| Charlton, L. | 45.70 | | |
| **Total for Associate** | **45.70** | | |
| **PARALEGAL** | | | |
| Duffy, M. | 2.10 | | |
| **Total for Paralegal** | **2.10** | | |
| **TOTAL** | **85.70** | | |

**TOTAL AMOUNT DUE THIS INVOICE**    PRIVILEGED: A/C COMMS OR WORK PRODUCT

To ensure proper credit to your account,
please include remittance with your payment.



# REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104

April 21, 2026
Invoice #7240415

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

Claim Number: 144005P

**Invoice for Fees and Costs**

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** |
| **PRIOR OUTSTANDING BALANCE** | |
| **TOTAL AMOUNT DUE** | |

To ensure proper credit to your account,
please include remittance with your payment.



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
**General**  (206) 622-3150
**Billing**  (206) 757-8732
Federal ID # 91-0839480
**DWT.COM**

Hachette Book Group, Inc.
Min Lee
1290 Avenue of the Americas
New York, NY 10104
Min.Lee@hbgusa.com

Diana Gonzalez
Diana.Gonzalez@hbgusa.com

Alexandra Schwartz
6400 International Parkway, Suite 2000
Plano, TX 75093
Alexandra.Schwartz@qbe.com

May 15, 2026
Invoice #7245438

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

**Claim Number**: 144005P

### Invoice for Fees and Costs

Total Current Fees
Total Current Costs

PRIVILEGED: A/C COMMS OR WORK PRODUCT

**Total Amount Due This Invoice**

| OUTSTANDING INVOICES FOR THIS MATTER AS OF: MAY 15, 2026 | | | | | |
|---|---|---|---|---|---|
| **Invoice** | **Date** | **Original Amount** | **Payments/Credits** | **Last Payment** | **Amount Due** |
| 7240415 | 04/21/26 | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** | | | |
| **Previous Balance Total** | | | | | |
| 7245438 (This Invoice) | 05/15/26 | | | | |
| **Total Due This Matter** | | | | | |

PROFESSIONAL FEES RENDERED:

To ensure proper credit to your account,
please include remittance with your payment.



Client Name: Hachette Book Group, Inc.
Firm Matter Number: 3910089.000087
DWT Attorney: Elizabeth A. McNamara

Invoice # 7245438
Page **2** of **3**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 04/08/26 | L. Charlton | 0.80 | | **PRIVILEGED: A/C COMMS OR WORK PRODUCT** |
| **TOTAL** | | **0.80** | | |

## COSTS:

| NARRATIVE | AMOUNT |
|---|---|
| Court reporting service - SOUTHERN DISTRICT REPORTERS PC - 04/08/2026, Court Transcript, per Elizabeth McNamara - 14 - 007 | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| **TOTAL COSTS** | |

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **ASSOCIATE** | | PRIVILEGED: A/C COMMS OR WORK PRODUCT | |
| Charlton, L. | 0.80 | | |
| **Total for Associate** | **0.80** | | |
| **TOTAL** | **0.80** | | |

| TOTAL AMOUNT DUE THIS INVOICE | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
|---|---|

To ensure proper credit to your account,
please include remittance with your payment.



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Hachette Book Group, Inc.                                           May 15, 2026
Min Lee                                                         Invoice #7245438
1290 Avenue of the Americas
New York, NY 10104

**Matter Name**: Matt Taibbi v. Hachette Book Group
**Firm Matter Number**: 3910089.000087
**DWT Attorney**: Elizabeth A. McNamara (lizmcnamara@dwt.com)

Claim Number: 144005P

### Invoice for Fees and Costs

| | |
|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | PRIVILEGED: A/C COMMS OR WORK PRODUCT |
| **PRIOR OUTSTANDING BALANCE** | |
| **TOTAL AMOUNT DUE** | |