# ◨ Davis Wright
◨ Tremaine LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Elizabeth A. McNamara**
212.489.8230 tel
212.489.8340 fax

lizmcnamara@dwt.com

May 20, 2026

**SO ORDERED:**

*George B. Daniels*

~~George~~ B. Daniels, U.S.D.J.

Dated: **MAY 2 1 2026**

**VIA ECF**
Hon. George B. Daniels
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007
(212) 805-6735

Re:   *Matt Taibbi v. Eoin Higgins, et al.,* No. 1:25-cv-09511-GBD – Filing Attorney Billing
      Records related to Defendants' Rule 54(d) Motion for Fees

Dear Judge Daniels:

We represent Defendants Eoin Higgins and Bold Type Books, an imprint of Basic Book Groups, a division of Hachette Book Group, Inc. (collectively, "Defendants"). In this defamation action, Plaintiff Matt Taibbi challenged several statements made in Defendants' book, *Owned: How Tech Billionaires on the Right Bought the Loudest Voices on the Left*. On May 5, 2026, this Court dismissed Plaintiff's complaint in its entirety and directed the clerk to enter judgement. Judgment was entered and the case was closed on May 6, 2026.

Today, Defendants filed their motion for attorney's fees under Rule 54(d) and New York Civil Rights Law § 70-a(1). Pursuant to that motion, Defendants attached their redacted billing records as Exhibit D to the Declaration of Elizabeth A. McNamara. These billing statements necessarily include descriptions of Defendants' counsel's work and include privileged attorney client and attorney work product descriptions.

Pursuant to Local Rule 5.2, "Counsel must serve and file papers by following the instructions regarding ECF... unless exempted from electronic filing by court order." Thus, pursuant to Individual Rule I(D), Defendants submit this letter motion to file the unredacted version of those billing statements *ex parte* for the Court's review and to protect these privileged communications from disclosure.

Case 1:25-cv-09511-GBD     Document 36     Filed 05/20/26     Page 2 of 2

Hon. Daniels
May 20, 2026
Page 2

Plaintiff's counsel does not object to this motion.

Thank you for your attention to this matter. We would be happy to address any questions you have.

Respectfully submitted,

*/s/ Elizabeth A. McNamara*

Elizabeth A. McNamara

cc:     Robert D. Garson, Esq.