UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MATT TAIBBI,

        Plaintiff,

    -against-                            Civ No. 1:25-cv-9511-GBD

EOIN HIGGINS and BOLD TYPE BOOKS,
a division of HACHETTE BOOK GROUP, INC.,

        Defendants.

-----------------------------------------------------------------X

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Matt Taibbi hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order of the Honorable George B. Daniels, United States District Judge, entered on May 5, 2026 (ECF No. 32), granting Defendants motion to dismiss the Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Notice of Appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), which requires that a notice of appeal in a civil case be filed within 30 days of the entry of the judgment or order appealed from. The Judgment was entered on May 6, 2026, and this Notice is filed within 30 days thereof.

1

Dated: June 2, 2026
Miami, Florida

Respectfully submitted,

**GS2 LAW PLLC**

By: /s/ Robert Garson
   Robert Garson (RG 1521)
   20801 Biscayne Blvd., Suite 506
   Aventura, Florida 33180
   Tel.: (305) 780-5212
   Email: rg@gs2law.com

*Attorneys for Plaintiff Matt Taibbi*