**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MATT TAIBBI

                  Plaintiff,

      -against-

EOIN HIGGINS and BOLD TYPE BOOKS, *a division of*
*Hachette Book Group, Inc.*,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AMENDED ORDER OF REFERENCE**
<u>TO A MAGISTRATE JUDGE</u>

25 Civ. 9511 (GBD)

GEORGE B. DANIELS, United States District Judge:

The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X_ Specific Non-Dispositive Motion/Dispute **Motion for Attorney's Fees (ECF No. 37)** | ___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ Settlement | ___ Habeas Corpus |
| ___ Inquest After Default/Damages Hearing | ___ Social Security |
| | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated: June 9, 2026

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge